## Dumond *against* Carpenter.

ON error from the court of common pleas, of the county of *Ulster*. *L. Elmendorf*, for the plaintiff, in error, moved that a certified copy of the *capias ad satisfaciendum*, issued in the court below, and copies of two rules entered there, should be annexed to the return to the writ of error, in this case, which had been directed to that court.

*Sudam*, contra.

*Per Curiam.* This application comes too late, after an assignment of errors. The plaintiff, at the time he assigned errors, should have alleged diminution, and prayed a *certiorari.* But if the *ca. sa.* were before this court, it would not avail the plaintiff. If the judgment of the court below, be correct and legal, no error will lie for any irregularity, as to the execution. Each court has a controul over its own process, and if there be any irregularity, the proper remedy is by application to the court below.

After an assignment of errors, it is too late to move, that the return to a writ of error be amended. If the judgment of the court below, be correct and legal, no error lies for any irregularity, as to the execution. Each court has a controul over its own process.

Rule refused.